| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the:<br>**DISTRICT OF KANSAS** | |
| Case number (if known): _____ Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

**1. Debtor's name**  
**Boegel Farms, LLC**

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
2 0 – 0 0 8 1 6 8 0

**4. Debtor's address**

**Principal place of business**

**PO Box 273**  
Number   Street

**Lakin**           **KS**    **67860**  
City              State   ZIP Code

**Kearny**  
County

**Mailing address, if different from principal place of business**

Number   Street

P.O. Box

City              State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number   Street

City              State   ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Boegel Farms, LLC**        Case number (if known) _____

**7. Describe debtor's business**

*A. Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

*B. Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District _____ When _____ Case number _____
                                                         MM / DD / YYYY
  District _____ When _____ Case number _____
                                                         MM / DD / YYYY
  District _____ When _____ Case number _____
                                                         MM / DD / YYYY

Debtor **Boegel Farms, LLC**     Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.

| | | |
|---|---|---|
| Debtor **Three Bo's, Inc.** | Relationship | **Sister company** |
| District **Kansas** | When | **02/23/2017** |
| Case number, if known **Unknown** | | MM / DD / YYYY |
| Debtor _____ | Relationship | _____ |
| District _____ | When | _____ |
| Case number, if known _____ | | MM / DD / YYYY |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number    Street
_____
_____    _____    _____
City    State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

| Debtor | **Boegel Farms, LLC** | Case number (if known) | |
|---|---|---|---|

**14. Estimated number of creditors**
- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/22/2017**
MM / DD / YYYY

X **/s/ Jack Boegel**          **Jack Boegel**
Signature of authorized representative of debtor          Printed name

Title **President**

**18. Signature of attorney**

X **/s/ David Prelle Eron**          Date **02/22/2017**
Signature of attorney for debtor          MM / DD / YYYY

**David Prelle Eron**
Printed name

**Eron Law, P.A.**
Firm name

**229 E. William, Suite 100**
Number       Street

**Wichita**          **KS**          **67202**
City          State          ZIP Code

**(316) 262-5500**          **david@eronlaw.net**
Contact phone          Email address

**23429**          **KS**
Bar number          State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
WICHITA DIVISION**

In re  **Boegel Farms, LLC**                                              Case No. _____

                                                                         Chapter  **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept................................................... | **$20,000.00** |
   | Prior to the filing of this statement I have received....................................... | **$20,000.00** |
   | Balance Due....................................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:
   
   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   
   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **The amounts listed above are the retainer amount only, and cover BOTH this case and the related proceeding filed concurrently herewith, for which administrative consolidation will be requested. A portion of these funds were spent at or prior to filing on the attorney fees and court filing fees. Fees are billed at $300/hr. and are governed exclusively by the retainer agreement, which is available upon request by the UST, trustee, or the court.**
   **Fee applications will be filed for all fees incurred during the case.**

|  |
|---|
| CERTIFICATION |
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |
| **02/22/2017**        **/s/ David Prelle Eron** <br> *Date*        *David Prelle Eron*    Bar No. 23429 <br> Eron Law, P.A. <br> 229 E. William, Suite 100 <br> Wichita, KS 67202 <br> Phone: (316) 262-5500 / Fax: (316) 262-5559 |

**/s/ Jack Boegel**

*Jack Boegel*
*President*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS
# WICHITA DIVISION

IN RE:  **Boegel Farms, LLC**                                         CASE NO

                                                                                                                                                                   CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  2/22/2017                    Signature  /s/ Jack Boegel
                                                                                               *Jack Boegel*
                                                                                               *President*

Date _____        Signature _____

CNH Capital
PO Box 3600
Lancaster PA 17604-3600

Three Bos Inc
1598 Rd 90
Lakin KS 67860

Internal Revenue Service
PO Box 7346
Philadelphia PA   19101-7346

US Attorney Wichita
1200 Epic Center
301 N Main
Wichita KS   67202

Jack and Janice Boegel
611 Country Heights
PO Box 273
Lakin KS 67860

Warren Boegel
1598 Rd 90
Lakin KS 67860

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66601-30058

Warren L Boegel Trust
Warren Boegel as Trustee
1598 Rd 90
Lakin KS 67860

Kearney County Treasurer
PO Box 146
Lakin KS 67860

Nebraska Harvest Center
925 280th Rd
Seward NE 68434

RABO Agrifinance Inc
One Cityplace Dr Ste 200
Saint Louis MO 63141

Schultz Law Office PA
302 Fleming Suite 5
Garden City KS 67846

Security State Bank
PO Box 170
Scott City KS 67871

Smith Crop Consulting Inc
2006 4 Road
Copeland KS 67837

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
WICHITA DIVISION

IN RE:      CHAPTER **11**
**Boegel Farms, LLC**

DEBTOR(S)      CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Jack and Janice Boegel Irrevocable Trust 1598 Road 90 Lakin KS 67860 | Membership | 80% | NA |
| Jack Boegel PO Box 273 Lakin KS 67860 | Membership | 10% | NA |
| Janice Boegel PO Box 273 Lakin KS 67860 | Membership | 10% | NA |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **2/22/2017**      Signature: **/s/ Jack Boegel**
*Jack Boegel*
**President**