## Fill in this information to identify the case

Debtor name **Boegel Farms, LLC**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number (if known) **17-10222**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|

   3.1. **Western State Bank checking account ending 0003** | **Checking account** | 0 0 0 3 | **$120,224.48**

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

   4.1. **$8503.49 check for grain made out to Warren Boegel and Security State Bank.** | | | **$8,503.49**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$128,727.97**

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Current value of
debtor's interest

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$0.00

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐  No. Go to Part 4.
☑  Yes. Fill in the information below.

Current value of
debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:  _____$175,000.00_____  –  _____$0.00_____  = ...............→  _____$175,000.00_____
                              face amount                    doubtful or uncollectible accounts

11b. Over 90 days old:  _____$0.00_____  –  _____$0.00_____  = ...............→  _____$0.00_____
                              face amount                    doubtful or uncollectible accounts

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$175,000.00

## Part 4:  Investments

**13. Does the debtor own any investments?**

☑  No. Go to Part 5.
☐  Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:                              % of ownership: | | |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

$0.00

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑  No. Go to Part 6.
☐  Yes. Fill in the information below.

Case 17-10222   Doc# 37   Filed 03/07/17   Page 2 of 24

| Debtor | Boegel Farms, LLC | | Case number (if known) | 17-10222 |
|---|---|---|---|---|
| | Name | | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| **23. Total of Part 5** Add lines 19 through 22. Copy the total to line 84. | | | | $0.00 |

**24. Is any of the property listed in Part 5 perishable?**
- ☑ No
- ☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☑ No
- ☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
- ☐ No. Go to Part 7.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| Harvested wheat and milo. Approx. 25,000 bu wheat at $3.78/bu Approx. 320,000 bu milo at $3.11/bu | | | |
| Stated amounts and value are for Warren Boegel, Three Bo's, Inc., and the debtor combined. | | | $1,089,700.00 |
| Wheat crop in the ground (value is based on amount invested--harvest value will be approx. $412,200) | | | $30,000.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| Case IH 3330 Sprayers Case IH STX600 Tractor | | | |
| Both are owned by Three Bo's, Inc. | | | $655,000.00 |
| Various farm machinery owned by Three Bo's, Inc., and described in more detail therein. | | | $2,594,500.00 |

Case 17-10222   Doc# 37   Filed 03/07/17   Page 3 of 24

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                              | $4,369,200.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____   Valuation method _____   Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles**   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                              | $0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **S14, T27, R38W, S 1/2 minus 3 parcels**<br>**S14, T27, R38W, S 1/2 minus 3 parcels**<br>**Grant County**<br>**mistakenly titled in Boegel Family Farms LLC** | **No Mineral Rights** | **$0.00** | | **$592,000.00** |
| 55.2. **S34, T19S, R39W, SOUTH 1/2**<br>**S34, T19S, R39W, SOUTH 1/2**<br>**Greeley County** | **Fee Simple** | | | **$592,000.00** |
| 55.3. **S03, T20S, R39, ALL SEC**<br>**S03, T20S, R39, ALL SEC**<br>**Greeley County** | **Fee Simple** | | | **$1,184,000.00** |
| 55.4. **S35, T19S, R39W, SOUTH 1/2, LESS SOME MINERALS**<br><br>**S35, T19S, R39W, SOUTH 1/2, LESS SOME MINERALS**<br>**Greeley County** | **Fee Simple** | | | **$592,000.00** |

| | | | | |
|---|---|---|---|---|
| 55.5. | **S02, T20S, R39W, ALL SEC** | | | |
| | **S02, T20S, R39W, ALL SEC**<br>**Greeley County** | Fee Simple | | $1,184,000.00 |
| 55.6. | **S23, T19, R38W, NORTH 1/2** | | | |
| | **S23, T19, R38W, NORTH 1/2**<br>**Wichita County** | Fee Simple | | $592,000.00 |
| 55.7. | **S30, T19, R38W, SE/4** | | | |
| | **S30, T19, R38W, SE/4**<br>**Wichita County** | Fee Simple | | $296,000.00 |
| 55.8. | **S30, T19, R38W, NW/4** | | | |
| | **S30, T19, R38W, NW/4**<br>**Wichita County** | Fee Simple | | $296,000.00 |
| 55.9. | **S20, T19, 38W, NE/4** | | | |
| | **S20, T19, 38W, NE/4**<br>**Wichita County** | Fee Simple | | $296,000.00 |
| 55.10. | **S18, T19, R38W, NE/4** | | | |
| | **S18, T19, R38W, NE/4**<br>**Wichita County** | Fee Simple | | $296,000.00 |
| 55.11. | **S11, T19, R39W, NE/4** | | | |
| | **S11, T19, R39W, NE/4**<br>**Greeley County** | Fee Simple | | $296,000.00 |
| 55.12. | **S06, T19, R38W, SW/4** | | | |
| | **S06, T19, R38W, SW/4**<br>**Wichita County** | Fee Simple | | $296,000.00 |
| 55.13. | **S30, T18, R38W, ALL SEC** | | | |
| | **S30, T18, R38W, ALL SEC**<br>**Wichita County** | Fee Simple | | $1,184,000.00 |
| 55.14. | **S31, T18, R38W, NORTH 1/2** | | | |
| | **S31, T18, R38W, NORTH 1/2**<br>**Wichita County** | Fee Simple | | $592,000.00 |
| 55.15. | **S32, T18, R38W, ALL SEC** | | | |
| | **S32, T18, R38W, ALL SEC**<br>**Wichita County** | Fee Simple | | $1,184,000.00 |
| 55.16. | **S29, T18, R38W, SOUTH 1/2** | | | |
| | **S29, T18, R38W, SOUTH 1/2**<br>**Wichita County** | Fee Simple | | $592,000.00 |
| 55.17. | **S28, T18, R38W, ALL SEC** | | | |
| | **S28, T18, R38W, ALL SEC**<br>**Wichita County** | Fee Simple | | $1,184,000.00 |

55.18. **S33, T18, R38W, NW/4**

| | | | | |
|---|---|---|---|---|
| **S33, T18, R38W, NW/4**<br>**Wichita County** | **Fee Simple** | | | $296,000.00 |

55.19. **S33, T18, R38W, SOUTH 1/2**

| | | | | |
|---|---|---|---|---|
| **S33, T18, R38W, SOUTH 1/2**<br>**Wichita County** | **Fee Simple** | | | $592,000.00 |

55.20. **S05, T19, R38W, NORTH 1/2**

| | | | | |
|---|---|---|---|---|
| **S05, T19, R38W, NORTH 1/2**<br>**Wichita County** | **Fee Simple** | | | $592,000.00 |

55.21. **S33, T20, R38W, ALL SEC**

| | | | | |
|---|---|---|---|---|
| **S33, T20, R38W, ALL SEC**<br>**Wichita County** | **Fee Simple** | | | $1,184,000.00 |

55.22. **S33, T18, R38W, NE/4**
**S33, T18, R38W, NE/4**

| | | | | |
|---|---|---|---|---|
| **S33, T18, R38W, NE/4**<br>**Wichita County** | **Fee Simple** | | | $296,000.00 |

55.23. **S02, T24, R37W, ACRES157.0, SW**
**1/4 LESS CO RD ROW**

| | | | | |
|---|---|---|---|---|
| **S02, T24, R37W, ACRES157.0, SW**<br>**1/4 LESS CO RD ROW**<br>**Kearny County** | **No Mineral Rights** | | | $224,000.00 |

55.24. **S11, T24, R37W, ACRES 156.0, NE 1/4**
**LESS CO RD ROW**

| | | | | |
|---|---|---|---|---|
| **S11, T24, R37W, ACRES 156.0, NE 1/4**<br>**LESS CO RD ROW**<br>**Kearny County** | **No Mineral Rights** | | | $224,000.00 |

55.25. **S20, T25, R36W, ACRES 135.3, E1/2**
**E1/2, LESS PART OF NE/4 OF NE/4**
**AND TRACT**

| | | | | |
|---|---|---|---|---|
| **S20, T25, R36W, ACRES 135.3, E1/2**<br>**E1/2, LESS PART OF NE/4 OF**<br>**Kearny County** | **Fee Simple** | | | $378,840.00 |

55.26. **S29, T25, R36W, ACRES 57.6, E/2**
**NE/4 LESS HWY ROW & TRACT**

| | | | | |
|---|---|---|---|---|
| **S29, T25, R36W, ACRES 57.6, E/2**<br>**NE/4 LESS HWY ROW & TRACT**<br>**Kearny County** | **Fee Simple** | | | $161,280.00 |

| | | | |
|---|---|---|---|
| 55.27. **4 Quarters with SSB Loan**<br>**Properties of Warren L Boegel Trust**<br>**Kearny County:**<br>**S17, T21 , R36W, ACRES 158.0, SW/4**<br>**160 ACRES LESS CO RD ROW**<br>**S15, T22, R36W, ACRES 153.0, NW**<br>**1/4 LESS HWY 25 ROW**<br>**S13, T23, R38W, ACRES 158.0, NE 1/4**<br>**LESS CO RD ROW**<br>**S13 , T23 , R38W, ACRES 156.0 , SE**<br>**1/4 LESS CO RD ROW** | None | | $960,000.00 |
| 55.28. **Properties with Rabobank**<br>**Properties of Warren L Boegel Trust**<br>**Kearny County:**<br>**S15, T22, R36W, ACRES 153.0, NW**<br>**1/4 LESS HWY 25 ROW**<br>**S21, T25, R36W, ACRES 615, ALL**<br>**SEC LESS CO RD & HWY 25 ROW & 1**<br>**AC TRACT ON SEC 20**<br>**S22, T25, R36W, ACRES 601.0, ALL**<br>**SEC LESS CO RD & HWY 25 ROW**<br>**S27 , T25 , R36W, ACRES 626.0 , ALL**<br>**SEC LESS CO RD ROW**<br>**S28 , T25 , R36W, ACRES 623.0 , ALL**<br>**SEC LESS HWY ROW**<br>**S03, T25, R36W, ACRES 394, ALL**<br>**SEC LYING W HWY 25 LESS CO RD**<br>**ROW & TRACTS**<br>**S23, T25, R36W, ACRES 1.4, TR BEG**<br>**NE COR SE1/4; S25D; W25 D; N250;**<br>**E250 TO POB**<br>**S24, T25, R36W, ACRES 627.0, ALL**<br>**SEC** | None | | $10,314,300.00 |
| 55.29. **S15, T25, R36W, ACRES 290.7, S 1/2**<br>**LESS CO RD & HWY 25 ROW &**<br>**TRACT**<br><br>**S15, T25, R36W, ACRES 290.7, S 1/2**<br>**LESS CO RD & HWY 25 ROW &**<br>**Kearny County** | Fee Simple | | $896,000.00 |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

**$27,366,420.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:**   **Intangibles and Intellectual Property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

**61. Internet domain names and websites**

**62. Licenses, franchises, and royalties**

**63. Customer lists, mailing lists, or other compilations**

**64. Other intangibles, or intellectual property**

**65. Goodwill**

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.                                                    **$0.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                                                    **$0.00**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 12:** Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $128,727.97 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $175,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $4,369,200.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...............................➔ | | $27,366,420.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $4,672,927.97 | + 91b. $27,366,420.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................ $32,039,347.97

Debtor name  **Boegel Farms, LLC**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number  **17-10222**
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.**  If a creditor has more
   than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.1**

| **Creditor's name**<br>CNH Capital | **Describe debtor's property that is**<br>**subject to a lien**<br>Equipment | $383,064.28 | $655,000.00 |
|---|---|---|---|

**Creditor's mailing address**
PO Box 3600

Lancaster          PA    17604-3600

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account**
**number**          ___ ___ ___ ___

**Do multiple creditors have an interest in**
**the same property?**

☐ No.

☑ Yes.  Specify each creditor, including this
creditor, and its relative priority.

   **1) CNH Capital; 2) Security State**
   **Bank.**

**Describe the lien**
Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out  *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the**
   **Additional Page, if any.**                                                            $16,985,685.11

Official Form 206D                          Schedule D: Creditors Who Have Claims Secured by Property                          page 1

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.2**

| | |
|---|---|
| Creditor's name **Nebraska Harvest Center** | Describe debtor's property that is subject to a lien |

|  | **$70,325.28** | **$2,594,500.00** |

Creditor's mailing address
**925 280th Rd**

**Equipment**

Describe the lien
**Loan**

**Seward          NE    68434**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number           ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ Contingent
☐ Unliquidated
☑ Disputed

☐ No
☑ Yes.  Have you already specified the relative priority?

☑ No.  Specify each creditor, including this creditor, and its relative priority.

**1) Nebraska Harvest Center; 2) Security State Bank.**

☐ Yes.  The relative priority of creditors is specified on lines _____

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

## Part 1:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.3**

**Creditor's name**
RABO Agrifinance Inc

**Creditor's mailing address**
One Cityplace Dr Ste 200

Saint Louis     MO    63141

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account
number**     ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes. Have you already specified the
relative priority?

    ☑ No. Specify each creditor, including this
creditor, and its relative priority.

    **For Properties of Warren L
Boegel Trust: 1) RABO
Agrifinance Inc; 2) Kearney
County Treasurer. For S02,
T20S, R39W, ALL SEC: 1) RABO
Agrifinance Inc. For S03, T20S,
R39, ALL SEC: 1) RABO
Agrifinance Inc. For S05, T19,
R38W, NORTH 1/2: 1) RABO
Agrifinance Inc. For S06, T19,
R38W, SW/4: 1) RABO
Agrifinance Inc. For S11, T19,
R39W, NE/4: 1) RABO Agrifinance
Inc. For S14, T27, R38W, S 1/2
minus 3 parcels: 1) RABO
Agrifinance Inc. For S18, T19,
R38W, NE/4: 1) RABO Agrifinance
Inc. For S20, T19, 38W, NE/4: 1)
RABO Agrifinance Inc. For S20,
T25, R36W, ACRES 135.3, E1/2
E1/2, LESS PART OF NE/4 OF: 1)
RABO Agrifinance Inc; 2)
Kearney County Treasurer. For
S23, T19, R38W, NORTH 1/2: 1)
RABO Agrifinance Inc. For S28,
T18, R38W, ALL SEC: 1) RABO
Agrifinance Inc. For S29, T18,
R38W, SOUTH 1/2: 1) RABO
Agrifinance Inc. For S29, T25,
R36W, ACRES 57.6, E/2 NE/4
LESS HWY ROW & TRACT: 1)
RABO Agrifinance Inc; 2)
Kearney County Treasurer. For
S30, T18, R38W, ALL SEC: 1)
Agrifinance Inc. For S30, T19,
R38W, SE/4: 1) RABO Agrifinance
Inc. For S31, T18, R38W, NORTH**

**Describe debtor's property that is
subject to a lien**

**Properties of Warren L Boegel Trust**

**Describe the lien**

**Loan / Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

$13,033,328.00      $25,958,420.00

| | **Part 1:**  **Additional Page** | Column A | Column B |
|---|---|---|---|

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.4**

| | | | |
|---|---|---|---|
| Creditor's name<br>**Security State Bank** | Describe debtor's property that is<br>subject to a lien | $3,498,967.55 | $5,960,703.49 |

Creditor's mailing address
**PO Box 170**

**6 Quarters - 2 of Debtor, 4 of Warren
L Boegel Tru**

Describe the lien

**Agreement**

**Scott City         KS    67871**

Is the creditor an insider or related party?

☒ No
☐ Yes

Creditor's email address, if known

Date debt was incurred

Is anyone else liable on this claim?

☐ No
☒ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number   ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

As of the petition filing date, the claim is:
Check all that apply.

☐ No
☒ Yes.  Have you already specified the
       relative priority?

☐ Contingent
☐ Unliquidated
☒ Disputed

   ☒ No.  Specify each creditor, including this
      creditor, and its relative priority.

   **For S02, T24, R37W,
   ACRES157.0, SW 1/4 LESS CO
   RD ROW: 1) Security State Bank;
   2) Kearney County Treasurer.
   For S11, T24, R37W, ACRES
   156.0, NE 1/4 LESS CO RD ROW:
   1) Security State Bank; 2)
   Kearney County Treasurer. For
   Properties of Warren L Boegel
   Trust: 1) Security State Bank; 2)
   Kearney County Treasurer. For
   $8503.49 check for grain made
   out to Warren Boegel and Secur:
   1) Security State Bank. For
   Harvested wheat and milo.
   Approx. 25,000 bu wheat at
   $3.78/b: 1) Security State Bank.
   For Receivables from grain sales
   (approximate).: 1) Security State
   Bank. For Wheat crop in the
   ground (value is based on
   amount invested-: 1) Security
   State Bank. For Case IH 3330
   Sprayers  Case IH STX600
   Tractor  Both are owne: See 2.1.
   For Various farm machinery
   owned by Three Bo's, Inc., and
   described in more detail therein.:
   See 2.2.**

   ☐ Yes.  The relative priority of creditors is
      specified on lines _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| **Kearney County Treasurer** | Line _____ | ___ ___ ___ ___ |
| **PO Box 146** | | |
| **Lakin          KS     67860** | | |
| **Schultz Law Office PA** | Line **2.4** | ___ ___ ___ ___ |
| **302 Fleming Suite 5** | | |
| **Garden City          KS     67846** | | |

**Fill in this information to identify the case:**

Debtor **Boegel Farms, LLC**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number **17-10222**
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

Total claim    Priority amount

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| **3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,600.00** |
|---|---|---|---|

**Smith Crop Consulting Inc**

**2006 4 Road**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Copeland**          **KS**     **67837**

**Basis for the claim:**
**Loan**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

## Part 3:    List Others to Be Notified About Unsecured Claims

4.    **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be
      listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

      **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
      are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**    **Internal Revenue Service**

        **PO Box 7346**

       Line _____

       ☑ Not listed.  Explain:
       **Taxes**

        **Philadelphia            PA        19101-7346**

       ___ ___ ___ ___

**4.2**    **Kansas Department of Revenue**

        **Civil Tax Enforcement**

        **PO Box 12005**

        **Topeka, KS 66601-30058**

       Line _____

       ☑ Not listed.  Explain:
       **Taxes**

       ___ ___ ___ ___

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 3

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

                                                                   **Total of claim amounts**

5a.   **Total claims from Part 1**                        5a.                    **$0.00**

5b.   **Total claims from Part 2**                        5b.  **+**          **$25,600.00**

5c.   **Total of Parts 1 and 2**                          5c.                **$25,600.00**
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name **Boegel Farms, LLC**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number **17-10222**     Chapter **11**
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

Fill in this information to identify the case:

Debtor name **Boegel Farms, LLC**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number **17-10222**
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

### Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 **Jack and Janice Boegel** | **611 Country Heights**<br>Number      Street<br>**PO Box 273**<br>**Lakin**          **KS**   **67860**<br>City                          State   ZIP Code | **Security State Bank** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 **Three Bos Inc** | **1598 Rd 90**<br>Number      Street<br><br>**Lakin**          **KS**   **67860**<br>City                          State   ZIP Code | **Security State Bank** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 **Warren Boegel** | **1598 Rd 90**<br>Number      Street<br><br>**Lakin**          **KS**   **67860**<br>City                          State   ZIP Code | **Security State Bank** | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 **Warren L Boegel Trust** | **Warren Boegel as Trustee**<br>Number      Street<br>**1598 Rd 90**<br>**Lakin**          **KS**   **67860**<br>City                          State   ZIP Code | **Security State Bank** | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name **Boegel Farms, LLC**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number (if known): **17-10222**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

## Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B..................................................................................... | **$27,366,420.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B.................................................................................. | **$4,672,927.97**

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B..................................................................................... | **$32,039,347.97**

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............ | **$16,985,685.11**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F........................................... | **$0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F....................... | **+ $25,600.00**

4. **Total liabilities**
    Lines 2 + 3a + 3b..................................................................................................... | **$17,011,285.11**

**Fill in this information to identify the case and this filing:**

Debtor Name **Boegel Farms, LLC**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number **17-10222**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/01/2017**            X **/s/ Jack Boegel**
MM / DD / YYYY            Signature of individual signing on behalf of debtor

**Jack Boegel**
Printed name

**President**
Position or relationship to debtor

Official Form B202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Debtor name | **Boegel Farms, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF KANSAS** |
| Case number (if known) | **17-10222** |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 1 Smith Crop Consulting Inc 2006 4 Road Copeland, KS 67837 | | Loan | Disputed | | | $25,600.00 |